HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR09-355-JLR |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION FOR TERMINATION OF SUPERVISED RELEASE |
| RADAMES RIVERA, | |
| Defendant. | |

This matter has come before the Court on Mr. Rivera's motion to terminate his remaining period of supervised release. The Court has reviewed the motion, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a).

IT IS NOW ORDERED that Mr. Rivera's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).

DATED this 22nd day of December, 2020.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Submitted by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Radames Rivera

ORDER FOR TERMINATION
OF SUPERVISED RELEASE
(*Radames Rivera* / CR09-355-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100